

United States District Court

Southern District of California

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>v.<br><br>Luis Mizraim Miramontes-Peraza (1),<br><br>  Defendant. | Case No. 23-cr-0672-AGS-1<br><br>**Judgment and Order Granting United States' Motion to Dismiss Information Without Prejudice**<br><br>The Hon. Andrew G. Schopler |

Upon the oral motion of the United States, and good cause having been shown,

IT IS HEREBY ORDERED that the Information in this case (23-cr-0672-AGS) as to Defendant Luis Mizraim Miramontes-Peraza is dismissed without prejudice.

IT IS SO ORDERED.

Dated: DEC. 23, 2024

Hon. Andrew G. Schopler
United States District Judge